UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JOSHUA H. VOLLER,                          Civil No. 09-1906 (JRT/JJK)

                Plaintiff,

v.                                                     **ORDER OF DISMISSAL
                                                       WITHOUT PREJUDICE**

I-FLOW CORPORATION., *et al*.,

                Defendants.

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc., filed by the parties on August 2, 2010 [Docket No. 64].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: August 3, 2010
at Minneapolis, Minnesota.                    ___ s/ John R. Tunheim ___
                                                                      JOHN R. TUNHEIM
                                                               United States District Judge